■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS TILLMAN, Appellant.—Judgment, Supreme Court, New York County, rendered on February 24, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sullivan, J. P., Bloom, Lane, Markewich and Silverman, JJ.

■ In the Matter of CENTURY OPERATING CORPORATION, Appellant, v JEROME PRINCE, as Chairman of the New York City Conciliation and Appeals Board, Respondent.—Judgment, Supreme Court, New York County, entered on October 18, 1978, unanimously affirmed on the opinion of A. Klein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Bloom, Lane, Markewich and Silverman, JJ.

■ MOHAWK MAINTENANCE CO., INC., Respondent, v IRVING G. KESSLER et al., Appellants.—Order, Supreme Court, New York County, entered on February 22, 1979, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Respondent shall recover of appellants $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Ross, JJ.

■ GOJKO BARICEVIC et al. Appellants, v DANIEL W. JOY, as Commissioner of the New York City Department of Rent and Housing Maintenance, Respondent.—Judgment, Supreme Court, New York County, entered on December 5, 1978, unanimously affirmed on the opinion of Greenfield, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Ross, JJ.

■ In the Matter of THOMAS DE VINE, Petitioner, v JAMES J. LEFF, Respondent.—Application for an order in the nature of a writ of prohibition and mandamus unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Ross, JJ.